NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CASANOVA HAMBRICK,**

*Petitioner*

**v.**

**UNITED STATES POSTAL SERVICE,**

*Respondent*

_____

2024-2328

_____

Petition for review of the Merit Systems Protection Board in No. DC-0752-14-0454-C-3.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                                              HAMBRICK V. USPS

(2)  Each side shall bear their own costs.


                                              FOR THE COURT



December 16, 2024                             Jarrett B. Perlow
        Date                                  Clerk of Court


**ISSUED AS A MANDATE:** December 16, 2024